CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

NOV 25 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL L. SCHROEDER, ) | |
| ) | Civil Action No. 7:08cv00468 |
| Plaintiff, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | By: Hon. James C. Turk |
| ROANOKE COUNTY SCHOOL BOARD, ) | |
| ) | Senior United States District Judge |
| Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that Defendant's Motion to Dismiss (Docket No. 6), properly construed as a Motion for Summary Judgment, is **GRANTED**. The Clerk of Court is directed to strike the case from the active docket and to send a copy of this Final Order and accompanying Memorandum Opinion to Plaintiff and counsel of record for the Defendant.

ENTER: This 25th day of November, 2008.

*/s/ James C. Turk*
Hon. James C. Turk
Senior United States District Judge